# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:22-cr-00064-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S FIRST AMENDED STATUS** |
| v. ) | **REPORT ON UNSUPERVISED PROBATION** |
| ) | |
| TABARE DUTTO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR § 4.23(a)(3)

**Sentence Date:** September 15, 2022

**Review Hearing Date:** July 13, 2023

**Probation Expires On:** September 15, 2023

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1010 which Total Amount is made up of a Fine: $ 1000 Special Assessment: $ 10    Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 110  per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:**  Complete a three-month anger management course.

## COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense):

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text.  hours of community service.

☐ Compliance with Other Conditions of Probation:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

***GOVERNMENT'S POSITION***

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Chan Hee Chu

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for 7/13/2023 at 10 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's in-person appearance for the review hearing be waived and that he be allowed to appear via Zoom. Defendant lives in Tulare County, does not currently own a vehicle, and is caring for his two-week old newborn.

DATED: 6/30/2023

    /s/ Laura Myers
DEFENDANT'S COUNSEL

    /s/ Chan Hee Chu
SPECIAL ASSISTANT UNITED STATES ATTORNEY

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **July 5, 2023**

UNITED STATES MAGISTRATE JUDGE